**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN THE MATTER OF: IAN S. PULZ      :    No. 57 WM 2025
                                     :
                                       :

## DISSENTING STATEMENT

**JUSTICE WECHT**

For the reasons articulated in my dissenting statements in *In the Matter of de Laveaga*, 5 WM 2025, *In the Matter of Hart*, 2025 WL 1501819 (Pa. 2025), and *In the Matter of Shepherd*, 24 WM 2025, I note my dissent from the Court's decision to grant in part the "Motion for Extension of Attorney Admission under Pa.B.A.R. 311(g)" and the "Motion for Extension of Attorney Admission under Pa.B.A.R. 311(g) Addendum."